**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| Daniel Walters, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   1:20-cv-02713-JPH-MPB |
| | ) | |
| G.L.A. Collection Company, a | ) | |
| Kentucky corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the

dismissal of his claims against the Defendant, with prejudice.

Dated:  December 17, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 17, 2020, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filling was sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

William E. Smith, III                     wsmith@k-glaw.com
Melissa R. Lamkin                      mlamkin@k-glaw.com
Kightlinger & Gray, LLP
Bonterra Building Suite 200
3620 Blackiston Boulevard
New Albany, Indiana 47150


John T. Steinkamp                      john@johnsteinkampandassociates.com
John Steinkamp & Associates
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2